ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Delta Engineering, Inc. | ) | ASBCA No. 58063 |
| | ) | |
| Under Contract No. 000000-00-0-0000 | ) | |

APPEARANCE FOR THE APPELLANT:     Michael J. Trevelline, Esq.
                                   Law Office of Michael Trevelline
                                   Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Jon B. Crocker, Esq.
                                   Chief Counsel
                                   Washington Metropolitan Area
                                     Transit Authority
                                   Washington, DC

## ORDER OF DISMISSAL

The parties have settled their dispute in the referenced appeal. Accordingly, the appeal is hereby dismissed with prejudice.

Dated: 2 February 2016

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58063, Appeal of Delta Engineering, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals